UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RSUI INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>KTC LLC et al.,<br><br>                Defendants. | CASE NO. C25-0215-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion. Plaintiff filed this case on February 3, 2025. Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing. Fed. R. Civ. P. 4(m). No proof of service has been filed. Accordingly, Plaintiff is ORDERED to show cause no later than July 21, 2025, why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

Dated this 8th day of July, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1