**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>KTC LLC, a Washington profit corporation doing business as MCDONALD'S; and OKYEREMAH NYANNOR, an individual,<br><br>Defendants. | Case No.: 2:25-cv-00215-KKE<br><br>**PLAINTIFF RSUI INDEMNITY COMPANY'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff RSUI Indemnity Company, by and through its undersigned counsel, respectfully submits this response to the Court's Order to Show Cause dated July 8, 2025 (Dkt. 5). Plaintiff respectfully submits that good cause exists for the delay in service under Federal Rule of Civil Procedure 4(m) based on the following:

The underlying litigation that forms the basis of this declaratory judgment action—a class action styled *Okyeremah Nyannor v. KTC LLC, et al.*, King County Superior Court Cause No. 24-2-20009-6 SEA ("Underlying Litigation") has progressed toward resolution, and proceedings are currently pending final approval of the settlement agreement by the Court.

---

PLAINTIFF RSUI INDEMNITY COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-00214-JLR
Page 1

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42ND FLOOR
SEATTLE, WA 98104
925-466-2500

1  Specifically, the class action settlement in the Underlying Lawsuit has received
2  preliminary approval from the King County Superior Court, with a final approval hearing
3  scheduled for August 1, 2025, at 8:30 a.m., before the Honorable Andrea King Robertson. A
4  true and correct copy of the Order Granting Plaintiff's Unopposed Motion for Preliminary
5  Approval of Class Action Settlement is attached as **Exhibit A**.

6  The parties to the instant matter have settled the coverage dispute that is the subject of
7  this matter. Further, the parties have agreed to dismissal of this matter once the settlement
8  agreement in the Underlying Litigation receives final approval from the Court, which is
9  anticipated to occur shortly after the August 1, 2025 hearing regarding the same.

10  In light of these developments, Plaintiff respectfully requests that the Court refrain from
11  dismissing this action at this time and instead set a status check for a date following the final
12  approval hearing.

13  Plaintiff respectfully requests that a status check be scheduled for September 1, 2025, to
14  allow sufficient time for the final approval process to conclude and for the parties to finalize the
15  settlement agreement and effectuate dismissal of the instant matter.

16  For the foregoing reasons, Plaintiff respectfully requests the opportunity to provide a
17  further update following the anticipated final approval of the settlement agreement in the
18  Underlying Litigation, *Okyeremah Nyannor v. KTC LLC, et al.*, King County Superior Court
19  Cause No. 24-2-20009-6 SEA, by the Honorable Andrea King Robertson on August 1, 2025, at
20  8:30 a.m.

21  Dated: July 21, 2025        **FREEMAN MATHIS & GARY, LLP**

22                              By: *[signature]*
23                              Galina Kletser Jakobson, WSBA #49501
                                *Attorney for Plaintiff RSUI Indemnity Company*
24

PLAINTIFF RSUI INDEMNITY COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-00214-JLR
Page 2

**FREEMAN MATHIS & GARY, LLP**
701 FIFTH AVE., 42ND FLOOR
SEATTLE, WA 98104
925-466-2500