THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>KTC LLC, a Washington profit corporation doing business as MCDONALD'S; and OKYEREMAH NYANNOR, an individual,<br><br>Defendants. | Case No.: 2:25-cv-00215-KKE<br><br>**PLAINTIFF RSUI INDEMNITY COMPANY'S NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff RSUI Indemnity Company, by and through its undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), hereby dismisses this action, with prejudice.

Dated: September 2, 2025

**FREEMAN MATHIS & GARY, LLP**

By: _____
Galina Kletser Jakobson, WSBA #49501
*Attorney for Plaintiff RSUI Indemnity Company*

PLAINTIFF RSUI INDEMNITY COMPANY'S NOTICE OF
DISMISSAL WITH PREJUDICE
Case No. 2:25-cv-00215
Page 1

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42ND FLOOR
SEATTLE, WA 98104
925-466-2500